UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| COMMERCE FUNDING CORPORATION <br> 1945 Old Gallows Road <br> Suite 205 <br> Vienna, Virginia 22182-3931 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Serve: <br><br> United States Attorney for the District of Maryland <br> Attn: Civil Process Clerk <br> 820 U.S. Courthouse <br> 101 West Lombard Street <br> Baltimore, MD 21201-2692 <br><br> Serve also: <br><br> John Ashcroft, Attorney General <br> Attn: Civil Process Clerk <br> Main Justice Building <br> 10th and Constitution Avenues, N.W. <br> Washington, D.C. 20530 <br><br> Defendant. | Civil No. S02CV1601 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Plaintiff, Commerce Funding Corporation, by and through counsel, Stinson Morrison Hecker LLP, hereby files its Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1). In support thereof, it states as follows:

1. The Defendant has filed neither an Answer nor a Motion nor any other responsive pleading.

2. The Plaintiff has never previously dismissed any other action based upon, or including, these same claims.

3. No order of this Court is required to effectuate this dismissal.

WHEREFORE Commerce Funding Corporation, Plaintiff herein, requests that the Clerk:

a. Dismiss this action pursuant to this Notice.

Dated: June 14, 2002                         Respectfully submitted,

                                             _____
                                             Janet M. Nesse, Esq.
                                             Stinson Morrison Hecker LLP
                                             1150 18th Street, N.W. Suite 800
                                             Washington, D.C. 20036-3816
                                             Telephone (202) 785-9100
                                             Counsel for Commerce Funding Corporation

Certification of Service

I hereby certify that copies of the foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) were mailed by first class mail, postage prepaid this 14th day of June to:

United States Attorney for the District of Maryland
Attn: Civil Process Clerk
820 U.S. Courthouse--101 West Lombard Street
Baltimore, MD 21201-2692

John Ashcroft, Attorney General
Attn: Civil Process Clerk
Main Justice Building
10th and Constitution Avenues, N.W.
Washington, D.C. 20530

_____
Janet M. Nesse